United States District Court
Eastern District of California

Felipe Perez Lopez

Plaintiff(s)

V.

Cruz, et al.

Defendant(s)

Case Number: 1:26-cv-6294 DC AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Margie S. Lazo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Felipe Perez Lopez

On 10/21/2025 (date), I was admitted to practice and presently in good standing in the District of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-05692-TLN-AC (HC), (07/22/2026), Granted

1:26-cv-05683-DJC-CKD, (07/22/2026) Granted

Date: 08/08/2026

Signature of Applicant: /s/ Margie S. Lazo

**Pro Hac Vice Attorney**

Applicant's Name: Margie S. Lazo

Law Firm Name: Law Office of Margie S. Lazo

Address: 459 Broadway

Suite 300

City: Everett State: MA Zip: 02149

Phone Number w/Area Code: (617) 418 5442

City and State of Residence: Lawrence, Massachusetts

Primary E-mail Address: lazomargie.law@gmail.com

Secondary E-mail Address: lazomargie1@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 1227 Laurel Street

City: San Carlos State: CA Zip: 94070

Phone Number w/Area Code: (650) 674 6070 Bar # ____________

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/11/2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE